# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> COREY EVANS (11), <br> Defendant. | Case No. 13cr491-GPC <br><br> ORDER AND JUDGMENT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled Indictment charging COREY EVANS (Defendant) and others with one count of Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 be dismissed as to Defendant without prejudice.

IT IS FURTHER ORDERED that Defendant's bond be exonerated.

DATED: July 25, 2013

HON. GONZALO P. CURIEL
United States District Judge